IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DOMINION TRANSMISSION, INC.     *

    Plaintiff,     *

v.     *    Case No. RDB-13-0338

TOWN OF MYERSVILLE TOWN     *
COUNCIL, et al.
    *
    Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

The Court having conducted a hearing on this date with respect to pending motions, for the reasons stated on the record, the Court ruled as follows:

1. The Emergency Motion to Shorten Time (**ECF#20**) is **MOOT**;

2. The Motion to Intervene filed by The Myersville Citizens for a Rural Community, Inc. (ECF#15) is **GRANTED**;

The Motion for Summary Judgment (ECF#17) remains pending and will be addressed by Separate Memorandum Opinion and Order.

IT IS HEREBY ORDERED this 26th day of September, 2013.

                                 /s/ Richard D. Bennett
                                 Richard D. Bennett
                                 United States District Judge